**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-CV-63048-SMITH/VALLE

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

LISA BISCOTTI, EDUARDO
LOPEZ, ANGELCIRA LOPEZ,

    Defendants.
_____/

### **ORDER**

**THIS CAUSE** is before the Court upon *pro se* Defendant Lisa Biscotti's Motion for Disbursement of Funds (ECF No. 23). The motion was mailed in the form of a letter addressed to the undersigned, seeking the disbursement of the $25,000 life insurance benefits at issue which were deposited into the Court's registry pursuant to the Court's June 5, 2019 Order (ECF No. 18). *See also* ECF Nos. 20, 22. Upon consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Defendant Lisa Biscotti's Motion for Disbursement of Funds (ECF No. 23) is **STRICKEN** for violation of Local Rules 5.1 and 7.1. The motion is formatted as a letter addressed to the undersigned without the requisite captions or formatting requirements, and additionally fails to support its claim for relief with a memorandum of law citing supporting authorities. Any further motions filed by any *pro se* party must follow the Court's attached instructions to *pro se* litigants. *See* Exhibit A.

1

2. This case is **REFERRED** to the Honorable Alicia O. Valle, United States Magistrate Judge, for a Settlement Conference. By no later than **August 9, 2019**, Defendants Lisa Biscotti, Eduardo Lopez and Angelcira Lopez must confer and provide Judge Valle with potential dates to hold the Settlement Conference. The Settlement Conference must be held by no later than **October 9, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of July, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:

Lisa Biscotti
3015 N.W. 98th Street
Miami, FL 33147
*pro se*

Eduardo Lopez
2301 Fillmore Street
Apt 2
Hollywood, FL 33020
*pro se*

Angelcira Lopez
101 S.W. 132 Way
Apt. J418
Pembroke Pines, FL 33027
*pro se*