UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-63048-CIV-SMITH/VALLE

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Plaintiff,
vs.

LISA BISCOTTI, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report and Recommendation to District Judge [DE 32] (the "Report"), in which Magistrate Judge Alicia O. Valle recommends: (i) striking the Answers of Defendants Eduardo Lopez and Angelcira Lopez; (ii) entering a default judgment against Defendants Eduardo Lopez and Angelcira Lopez; (iii) entering a judgment in favor of Defendant Lisa Biscotti; (iv) denying Plaintiff's claim for attorney's fees and costs alleged in the Complaint; and (v) administratively closing the case and denying all pending motions as moot. No objections have been filed to the Report. Having reviewed, *de novo*, the Report and Recommendation to District Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

    1.    The Report and Recommendation to District Judge [DE 32] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

    2.    The Answers of Defendants Eduardo Lopez [DE 7] and Angelcira Lopez [DE 10] are stricken for failure to comply with the pleading requirements of Federal Rule of Civil Procedure 8;

2

3. Default Judgment is entered against Defendants Eduardo Lopez and Angelcira Lopez for failure to comply with the Federal Rules and Court Orders**.** Defendants Eduardo Lopez and Angelcira Lopez have waived their claim to the Death Benefits;

4. The Clerk's Default [DE 14] entered against Defendant Lisa Biscotti is **VACATED** based upon her proper Answer to the Complaint [DE 30], filed on October 30, 2019**;**

5. **JUDGMENT** is entered in favor of Defendant Lisa Biscotti. A separate order will be entered pursuant to Federal Rule of Civil Procedure 58;

6. The Clerk of Court is directed to **DISBURSE** the Death Benefits in the Court registry, plus any applicable interest since the date the funds were deposited into the Court registry to Defendant Lisa Biscotti by check made payable to Lisa Biscotti and mailed to 296 La Mancha Avenue, Royal Palm Beach, Florida 33411;

7. Plaintiff's claim for attorney's fees and costs is **DENIED**; and

8. This matter is administratively **CLOSED**. All pending motions not otherwise ruled upon are **DENIED** as moot.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 29th day of January 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record